■ In the Matter of THOMAS MAROTI, Appellant, v MARTHA K. HIRST et al., Respondents. [937 NYS2d 48]

The determination to deny petitioner's application for a master rigger's license had a rational basis. The record demonstrates that petitioner failed to present evidence that he gained the requisite qualifying experience under the direct and continuing supervision of a master rigger duly licensed in the City of New York for five of the seven years prior to the filing of the application (*see Matter of Auringer v Department of Citywide Admin. Servs. of City of N.Y.*, 28 AD3d 381 [2006]; Administrative Code of City of NY §§ 28-404.1, 28-404.3.1).

We have considered petitioner's remaining arguments and find them unavailing. Concur—Tom, J.P., Friedman, DeGrasse, Richter and Manzanet-Daniels, JJ.